**Order entered August 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00789-CR
### No. 05-19-00791-CR

**BRANDON NORMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-51705-Q & F18-51706-Q**

## ORDER

Before the Court are appellant's August 12, 2019 motions entitled "Motion for Extension of Time to File Appeal," requesting additional time in which to file his brief. Construing these motions as requests for extension of time to file his brief, we **GRANT** the motions and **ORDER** appellant's brief filed on or before September 23, 2019.

/s/    LANA MYERS
        JUSTICE